IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JERALD INGERSOLL, | Civ. No.1:21-cv-01060-AA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BRANDSNESS, BRANDSNESS & RUDD, P.C.; CARTER-JONES COLLECTION SERVICE, INC., | |
| Defendants. | |

AIKEN, District Judge.

    For the reasons set forth in the accompanying Order, this case is DISMISSED.

    It is so ORDERED and DATED this   21st   day of March 2023.

                        /s/Ann Aiken  
                        ANN AIKEN  
                        United States District Judge