IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JERALD INGERSOLL, | Civ. No.1:21-cv-01060-AA |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDSNESS, BRANDSNESS & RUDD, P.C.; CARTER-JONES COLLECTION SERVICE, INC., | |
| Defendants. | |

AIKEN, District Judge.

This case comes before the Court on Defendant's Bill of Costs. ECF No. 42. Defendant seeks to recover costs in the amount of $375.90 for the deposition of Plaintiff pursuant to Federal Rule of Civil Procedure 54(d). Plaintiff has not responded to the Bill of Costs.

The Court concludes that the requested costs are permissible and Defendant is allowed costs in the amount of $375.90.

It is so ORDERED and DATED this ___21st___ day of December 2023.

       /s/Ann Aiken
       ANN AIKEN
       United States District Judge