Matthew Sutton, OSB #924797
Attorney at Law
MS@MatthewSuttonLaw.com
205 Crater Lake Avenue
Medford, Oregon 97504
(541) 772-8050

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **JERALD INGERSOLL**,<br><br>     Plaintiff,<br><br>v.<br><br>**BRANDSNESS, BRANDSNESS & RUDD, P.C.**, an Oregon Corporation, and **CARTER-JONES COLLECTION SERVICE, INC.**, an Oregon Corporation,<br><br>     Defendants. | Case No. 1:21-cv-01060-AA<br><br>Plaintiff Jerald Ingersoll's<br>NOTICE OF APPEAL & NINTH CIRCUIT REPRESENTATION STATEMENT |

## NOTICE OF APPEAL

TO THE DEFENDANTS IN THIS ACTION: Pursuant to Federal Rule of Appellate Procedure 3, NOTICE OF APPEAL IS HEREBY GIVEN that:

(A) the Plaintiff (*i.e.,* Jerald Ingersoll) is appealing

(B) all appealable orders and judgments of this Court in this case, including but not limited to the Court's March 21, 2023, opinion and order granting Defendants' motion to dismiss (Dkt. 40); the March 21, 2023, judgment (Dkt. 41); the Court's December 21, 2023, opinion and order denying reconsideration (Dkt. 48),

(C) to the United States Court of Appeals for the Ninth Circuit.

## NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Plaintiff hereby submits the following Representation Statement:

<u>Appellant</u>:

- JERALD INGERSOLL

<u>Appellant's Counsel:</u>

>   Andrew Grimm
>   Digital Justice Foundation
>   15287 Pepperwood Drive
>   Omaha, Nebraska 68154
>   (531) 210-2381
>   Andrew@DigitalJusticeFoundation.org

>   Matthew Sutton
>   LAW OFFICE OF MATTHEW SUTTON
>   205 Crater Lake Avenue
>   Medford Oregon 97504
>   (541) 772-8050
>   MS@MatthewSuttonLaw.com

<u>Appellees</u>:

- BRANDSNESS, BRANDNESS & RUDD, and
- CARTER-JONES COLLECTIVE SERVICE, INC.

<u>Appellees' Counsel</u>:

>   Charles E. Bolen
>   HORNECKER COWLING LLP
>   14 North Central Avenue, Suite 104
>   Medford, Oregon 97501
>   (541) 779-8900
>   CEB@RogueLaw.com

>   Melisa A. Button
>   HORNECKER COWLING LLP
>   14 North Central Avenue, Suite 104
>   Medford, Oregon 97501
>   (541) 779-8900
>   MAB@RogueLaw.com

Dated: January 16, 2024                    Respectfully submitted,

*/s/ Matthew Sutton*
Matthew Sutton, OSB #924797
Attorney at Law
MS@MatthewSuttonLaw.com
205 Crater Lake Avenue
Medford, Oregon 97504
(541) 772-8050

*Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF APPEAL– 3

## Certificate of Service

I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Court using the CM/ECF System which will issue notification of this filing to the following attorneys for Defendants who are CM/ECF participants: Charles E. Bolen; Melisa A. Button

DATED January 16, 2024.

/s/  Matthew Sutton
Matthew Sutton, OSB #924797
Attorney at Law
205 Crater Lake Avenue
Medford, OR 97504
ms@matthewsuttonlaw.com
Phone: 541-772-8050
Attorney for Plaintiff